DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| | | | |
|---|---|---|---|
| 374P13-6 | State v. Marvin Wade Millsaps | 1. Def's *Pro Se* Motion for Appropriate Relief | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Consider Universal Rights be Reinstated | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as moot |
| | | 5. Def's *Pro Se* Motion for Extraordinary Writ | 5. Dismissed |
| | | 6. Def's *Pro Se* Motion to Modify/Vacate Old Age Conviction | 6. Dismissed<br>**Ervin, J., recused** |
| 375P09-6 | State v. Avenger Ridgeway | 1. Def's *Pro Se* Motion to Supplement PDR | 1. Dismissed as moot |
| | | 2. Def's *Pro Se* Motion for Petition for Moratorium | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Request to Order Public Records | 3. Dismissed<br>**Ervin, J., recused** |
| 389A15 | State v. Tae Kwon Hammonds | Def's Motion to File Amended Brief (COA15-53) | Allowed<br>**04/27/2016** |
| 389A15 | State v. Tae Kwon Hammonds | State's Motion for Extension of Time to File Brief (COA15-53) | Allowed<br>**04/29/2016** |
| 392PA13-3 | State v. Robert Timothy Walston, Sr. | 1. State's Motion for Temporary Stay (COA12-1377-3) | 1. Allowed<br>**12/18/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 409PA15 | Nies v. Town of Emerald Isles | 1. Civitas Institute Center for Law and Freedom's Motion for Leave to File Amicus Brief | 1. Allowed<br>**05/25/2016** |
| | | 2. Owners' Counsel of America and Professor David L. Callies' Motion for Leave to File Amicus Brief | 2. Allowed<br>**05/25/2016** |
| | | 3. Motion to Admit Robert H. Thomas *Pro Hac Vice* | 3. Allowed<br>**05/25/2016** |
| 411P15-2 | State v. John W. Hearne | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-829) | Dismissed |